B. E. HAGOOD v. J. C. HOLLAND ET AL.

(Filed 15 March, 1922.)

**Contracts—Damages.**

APPEAL by defendants from *Lyon, J.,* at October Term, 1921, of CRAVEN, in an action to recover damages for an alleged breach of contract. From a verdict and judgment in favor of plaintiff, the defendants appealed.

*Moore & Dunn for plaintiff.*
*Ward & Ward for defendants.*

ABERNETHY *v.* GODETTE.

PER CURIAM. Affirmed on authority of same case, reported in 181 N. C., 64, where the facts are fully· set out. They need not be repeated here. The case seems to have been tried substantially in accordance with our former opinion.

No error.